UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS CADY,<br><br>            Plaintiff,<br><br>    v.<br><br>KING COUNTY, et al.,<br><br>            Defendants. | Case No. C23-0471-JLR-SKV<br><br>ORDER RE: PENDING MOTIONS |

Plaintiff, who proceeds pro se and *in forma pauperis* in this civil rights action, filed a Motion to Amend Damages, Dkt. 12, and a Motion for Relief from a Deadline, Dkt. 13. The Court, having considered the motions and the remainder of the record, finds and concludes as follows:

(1) Plaintiff seeks to amend his Complaint as to damages by adding various costs and expenses. Dkt. 12. Plaintiff did not, however, submit a proposed amended complaint with his motion. Under the Local Civil Rules (LCR), a party seeking leave to amend must attach to the motion a copy of the proposed amended pleading as an exhibit and must indicate how it differs from the pleading it seeks to amend by "bracketing or striking through the text to be deleted and underlining or highlighting the text to be added." LCR 15. A motion to amend not accompanied

ORDER RE: PENDING MOTIONS - 1

by a proposed amended complaint is procedurally deficient and will not be considered. Accordingly, Plaintiff's Motion to Amend Damages, Dkt. 12, is hereby STRICKEN from the docket. If Plaintiff wishes to amend his Complaint, he must submit a new motion to amend together with a proposed amended complaint that complies with LCR 15.

(2) Plaintiff also seeks relief from deadlines. Dkt. 13. He explains that he lacks access to his legal documents due to an impending transfer, that he anticipates Defendants will file motions after filing their responsive pleadings, and asks that the Court provide relief from any future deadlines until August 2, 2023. However, Plaintiff does not have any pending deadlines in this matter. Accordingly, his request for relief is premature and his Motion for Relief from a Deadline, Dkt. 13, is DENIED. The denial is without prejudice to Plaintiff later seeking relief from an existing deadline due to a lack of access to his legal materials.

(3) The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 19th day of May, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE: PENDING MOTIONS - 2