The Honorable James L. Robart
United States District Judge
The Honorable S. Kate Vaughan
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| THOMAS CADY,<br><br>        Plaintiff,<br><br>vs.<br><br>KING COUNTY, et al.,<br><br>        Defendants. | No. 2:23-cv-0471-JLR-SKV<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**[CLERK'S ACTION REQUIRED]** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the plaintiff and defendants, the parties hereto, through their respective undersigned attorneys, that all claims asserted by Plaintiff against Defendants are settled and may be dismissed with prejudice and without assessment by the Court of costs or attorney's fees to either party.

Respectfully submitted this 23rd day of August, 2023.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: /s/ John R. Zeldenrust
JOHN R. ZELDENRUST, WSBA #19797
Senior Deputy Prosecuting Attorney
Attorney for King County Defendants

*Thomas O. Cady*
THOMAS O. CADY, plaintiff pro se

[PROPOSED] STIPULATION AND ORDER OF
DISMISSAL (2:23-cv-0471-JLR-SKV) - 1

Leesa Manion (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

# ORDER OF DISMISSAL

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED ADJUDGED and DECREED that Plaintiff's claims against King County and King County Defendants are DISMISSED WITH PREJUDICE without costs or attorney's fees.

DATED this **24th** day of **August**, 2023.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

LEESA MANION (she/her)
King County Prosecuting Attorney

By: /s/ John R. Zeldenrust
JOHN R. ZELDENRUST, WSBA #19797
Senior Deputy Prosecuting Attorney
Attorney for Defendant King County

Copy received; approved as to form;
Notice of presentation waived:

*Thomas O. Cady*
THOMAS O. CADY, plaintiff *pro se*

[~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL (2:23-cv-0471-JLR-SKV) - 2

Leesa Manion (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191